64

COMMISSIONER OF INTERNAL REVE-
NUE, v. BANK OF AMERICA, N. T. &
S A., Executor of the Last Will and Testa-
ment of William John McGowan, etc.,

BANK OF AMERICA, N. T. & S A., Executor,
etc., v. COMMISSIONER OF INTERNAL
REVENUE.

No. 9959.

Circuit Court of Appeals, Ninth Circuit.
Oct. 28, 1941.

J. P. Wenchel, Chief Counsel, Bureau of
Internal Revenue, of Washington, D. C.,
for Commissioner.

Llewellyn A. Luce, of Washington, D.
C., for taxpayer.

Before WILBUR, HANEY, and HEA-
LY, Circuit Judges.

PER CURIAM.

On joint motion of counsel for respective
parties, and good cause therefor appearing,
it is ordered that the petitions to review in
this cause be dismissed, that a judgment be
filed and entered accordingly, and that the
mandate of this court in this cause issue
forthwith.

Guy T. HELVERING, Commissioner of In-
ternal Revenue, Petitioner, v. Bert B.
BURNQUIST.

No. 12150.

Circuit Court of Appeals, Eighth Circuit.
Oct. 18, 1941.

J. P. Wenchel, Chief Counsel, Bureau
of Internal Revenue, of Washington, D.
C., for petitioner.

Pressly R. Baldridge, of Washington, D.
C., for respondent.

PER CURIAM.

Petition for review of decision of Unit-
ed States Board of Tax Appeals docketed
and dismissed without costs to either party
in this Court, on motion of petitioner and
consent of respondent.

Guy T. HELVERING, Commissioner of In-
ternal Revenue, Petitioner, v. B. J. PRICE
and Belle M. Price.

No. 12151.

Circuit Court of Appeals, Eighth Circuit.
Oct. 18, 1941.

J. P. Wenchel, Chief Counsel, Bureau
of Internal Revenue, of Washington, D.
C., for petitioner.

Pressly R. Baldridge, of Washington, D.
C., for respondent.

PER CURIAM.

Petition for review of decision of Unit-
ed States Board of Tax Appeals docketed
and dismissed without costs to either party
in this Court, on motion of petitioner and
consent of respondent.

Louis M. KELLY, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE.

No. 11419.

Circuit Court of Appeals, Eighth Circuit.
Oct. 15, 1941.

Charles C. Norris, Jr., Philip Dechert,
and W. B. Lex, all of Philadelphia, Pa.,
and Roy M. Eilers, of St. Louis, Mo., for
petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen.,
Sewall Key, Sp. Asst. to Atty. Gen., J. P.
Wenchel, Chief Counsel, Bureau of In-
ternal Revenue, of Washington, D. C., and
Rudy P. Hertzog, Atty., Bureau of Inter-
nal Revenue, of Kansas City, Mo., for re-
spondent.

PER CURIAM.

Petition to review order of United States
Board of Tax Appeals dismissed without
taxation of costs in this Court in favor of
either of the parties, pursuant to stipula-
tion of parties.